STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **R.J. BEABER** and **A.W. CLARK**,<br><br>Plaintiffs,<br><br>v.<br><br>**SHIRLEY N. WEBER**, as California Secretary of State,<br><br>Defendants. | **STATEMENT OF RELATED CASE** |

    Plaintiff believes that the instant action is not related to any case presently pending in this court.

                            Respectfully submitted,

                         **YAGMAN + REICHMANN, LLP**

                         By: /s/ Stephen Yagman
                            **STEPHEN YAGMAN**

1