STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| R.J. BEABER and A.W. CLARK,<br><br>Plaintiffs,<br><br>v.<br><br>SHIRLEY N. WEBER, as California Secretary of State,<br><br>Defendants. | 2:21-cv-06558-CAS(KSx)<br><br>**DECLARATION OF R.J. BEABER, IN SUPPORT OF MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION** |

1

# DECLARATION OF R. J. BEABER

I, R.J. BEABER, declare the following to be true under the penalty of perjury at Los Angeles County, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am a plaintiff in this action.

2. I am a citizen of both the United States of America and Los Angeles County, California, and I am a duly registered voter in Los Angeles County.

3. I voted by mail ballot in the Sept. 14, 2021 recall election.

4. I voted "no" on the first issue on the ballot, the recall or not of Governor Gavin Newsom, but I was unable to vote for my choice of Governor Newsom on the second issue on the ballot, who should be Governor, if Governor Newsom did not get a sufficient number of votes to prevail on the first issue, because California Constitution Art. II, § 15(c), prohibited Governor Newsom's name from being on the ballot's second issue, and this thus prevented me from exercising my choice to vote for Governor Newsom to be Governor, were he to be voted to be recalled on issue one.

_____
R.J. BEABER 08/15/21

## CERTIFICATE OF SERVICE

I, STEPHEN YAGMAN, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I provided a courtesy copy of the foregoing declaration to Supervising Deputy Attorney General Benjamin Barnouw, by emailing it to him at ben.barnouw@doj.ca.gov on Sat., on Aug. 15, 2021.

*/s/ Stephen Yagman*
STEPHEN YAGMAN 08/15/21

3