1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net
2  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
3  Venice Beach, California 90292-5152
   (310) 452-3200
4
5  JOSEPH REICHMANN (SBN 29324)
   filing@yagmanlaw.net
6  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
7  Venice Beach, California 90292-5152
   (310) 452-3200
8
   Attorneys for Plaintiffs
9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

| R.J. BEABER and A.W. CLARK, | 2:21-cv-06558-CAS(KSx) |
|---|---|
| Plaintiffs, | |
| v. | DECLARATION OF A.W. CLARK. IN SUPPORT OF MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION |
| SHIRLEY N. WEBER, as California Secretary of State, | |
| Defendants. | |

1

## DECLARATION OF A.W. CLARK

I, A.W. CLARK, declare the following to be true under the penalty of perjury at Los Angeles County, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am a plaintiff in this action.

2. I am a citizen of both the United States of America and Los Angeles County, California, and I am a duly registered voter in Los Angeles County.

3. I shall vote by mail ballot in the Sept. 14, 2021 recall election.

4. I shall vote "no" on the first issue on the ballot, the recall or not of Governor Gavin Newsom, but I am unable to vote for my choice of Governor Newsom on the second issue on the ballot, who should be Governor, if Governor Newsom does not get a sufficient number of votes to prevail on the first issue, because California Constitution Art. II, § 15(c), prohibits Governor Newsom's name from being on the ballot's second issue, and this thus prevents me from exercising my choice to vote for Governor Newsom to be Governor, were he to be voted to be recalled on issue one.

_____
A.W. CLARK  08/15/21

## CERTIFICATE OF SERVICE

I, STEPHEN YAGMAN, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I provided a courtesy copy of the foregoing declaration to Supervising Deputy Attorney General Benjamin Barnouw, by emailing it to him at ben.barnouw@doj.ca.gov on Sat., on Aug. 15, 2021.

_____
STEPHEN YAGMAN  08/15/21

3