STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **R.J. BEABER** and **A.W. CLARK**, <br><br> Plaintiffs, <br><br> v. <br><br> **SHIRLEY N. WEBER**, as California Secretary of State, <br><br> Defendants. | 2:21-cv-06558-CAS(KSx) <br><br> ***EX PARTE* APPLICATION FOR ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTION** <br><br> Judge Christina A. Snyder |

Plaintiffs apply to the court for an order to set a briefing schedule and hearing date for plaintiffs' motion for declaratory relief and a preliminary injunction, filed on Aug. 14, 2021, Doc. 10, and submit a proposed order herewith.

YAGMAN + REICHMANN, LLP

By: _____
STEPHEN YAGMAN

//

1

## MEMORANDUM OF POINTS AND AUTHORITIES

The name, address, telephone number, and email address of defense counsel is:

Benjamin Barnouw
300 S. Spring St., Ste. 1702
Los Angeles, CA 90013-1256
(213)269-6506
FAX (916)731-2120
ben.barnouw@doj.ca.gov

The reasons for seeking this application are that the California recall election is scheduled for Sept. 14, 2021 and there is insufficient to time within which plaintiff's motion for declaratory relief and a preliminary injunction, Doc. 10, can be heard so that it could affect that election. This action was filed last Thursday, Aug. 13, Doc. 1, the subject motion promptly was filed the next day, Friday, Aug. 14, and the two declarations in support of the motion were filed this morning, Aug. 16. A proposed order is lodged concurrently herewith.

Plaintiffs' counsel has made a reasonable, good faith effort to notify defense counsel both of the motion and this application, but as of 7:25 a.m. on Mon., Aug. 16, has not yet spoken with counsel, but plans to telephone him at 9:00 a.m. An email previously was sent to him to notify him of this application. Also, a copy of the complaint, the motion, the proposed order thereon, and the supporting declarations were emailed this morning to opposing counsel. Presently, it is unknown whether defense counsel will oppose the instant application.

Respectfully submitted,

YAGMAN + REICHMANN, LLP

By: _____
STEPHEN YAGMAN

# DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of plaintiffs' attorneys in this action.

2. I incorporated herein by this reference the facts set forth in the immediately-preceding memorandum, which I drafted and which I know from my personal knowledge, in order to render them admissible in evidence.

_____
STEPHEN YAGMAN   08/16/2021

//

## CERTIFICATE OF SERVICE

I, STEPHEN YAGMAN, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I provided a courtesy copy of the foregoing ex parte application and proposed order thereon to Supervising Deputy Attorney General Benjamin Barnouw, by emailing it to him at ben.barnouw@doj.ca.gov on Mon., Aug. 16, 2021, at around 7:45 a.m.

_____
STEPHEN YAGMAN  08/16/21