## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. BEABER; ET AL.,<br><br><br>PLAINTIFF(S) | CASE NUMBER<br><br>2:21-cv-06558-CAS(KSx) |
| v.<br><br>SHIRLEY N. WEBER,<br><br><br>DEFENDANT(S). | **ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

August 16, 2021
_____
Date

*Christine A. Snyder*
_____
United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Michael W. Fitzgerald  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  MWF  after the case number in place of the initials of the prior judge so that the case number will read  2:21-cv-6558 MWF(KSx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89  (03/21)                    ORDER RETURNING CASE  FOR REASSIGNMENT