1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net
2  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
3  Venice Beach, California 90292-5152
   (310) 452-3200
4

5  JOSEPH REICHMANN (SBN 29324)
   filing@yagmanlaw.net
6  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
7  Venice Beach, California 90292-5152
   (310) 452-3200
8
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **R.J. BEABER** and **A.W. CLARK**, | 2:21-cv-06558-MWF(KSx) |
| Plaintiffs, | |
| v. | **DECLARATION OF STEPHEN YAGMAN RE:** *EX PARTE* **APPLICATION** |
| **SHIRLEY N. WEBER**, as California Secretary of State, | |
| Defendants. | |

1

# DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the attorneys for the plaintiffs in this action.

2. Further to my earlier declaration concerning contacting defendant's legal counsel regarding the *ex parte* application for the court to set a briefing/hearing schedule on the pending motion for declaratory relief and a preliminary injunction, I received a telephone call from a California deputy attorney general, Thomas Patterson late this afternoon, and he advised me that it had not been decided who would represent defendant, that the California Attorney General's office had not decided if it would represent defendant, and that he could not take a position on the *ex parte* application.

3. Further, Mr. Patterson advised me that defendant had her own general counsel, Steven Reyes, and that I should contact him, and he provided his telephone number to me. I called the number he provided and left a complete message regarding the *ex parte* application, along with my telephone number and email address. (I was unable to find any email address for Mr. Reyes.)

4. I then tried an alternate number I found for Mr. Reyes, reached his secretary, and left a full message with her, along with both my telephone number and email address.

5. I inquired of Mr. Patterson if he had emailed the motion and *ex parte* papers to Mr. Reyes, and he indicated that he had done that, so that Mr. Reyes has all of the motion and *ex parte* application papers.

6. As of 4:30 p.m. today, I have not received a telephone call from or an email from Mr. Reyes, so I have no indication from either Mr. Patterson or Mr. Reyes what defendant's position is as to the *ex parte* application.

1
2
3
_____
4       **STEPHEN YAGMAN**  08/16/21 4:30 p.m
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   //

## **CERTIFICATE OF SERVICE**

I, STEPHEN YAGMAN, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I served a copy of the foregoing declaration on defendant by emailing it to the AG's office, whose email address is the only one I have.  The supervising deputy AG is registered with the court's electronic filing system, and thus has agreed to accept electronic service of papers filed.

_____
STEPHEN YAGMAN  08/16/21