1  ROB BONTA
   Attorney General of California
2  HEATHER B. HOESTEREY
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
6   Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendant*

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

| | |
|---|---|
| **R. J. BEABER, et al.,** | Case No. 2:21-cv-6558-MWF-(KSx) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **SHIRLEY N. WEBER, as California Secretary of State,** | |
| Defendant. | |

The California Attorney General, counsel for defendant Shirley N. Weber, in her official capacity as the California Secretary of State ("Defendant"), hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

Defendant hereby notifies the Court that the attorney with principal charge of the case is as follows:

John D. Echeverria
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3479
E-mail:  John.Echeverria@doj.ca.gov

Dated:  August 17, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General

*/s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant*

SA2021303943
42830096.docx

# CERTIFICATE OF SERVICE

Case Name:  **R. J. Beaber et al. v. Shirley N. Weber**    No.  **2:21-cv-6558-MWF-(KSx)**

I hereby certify that on <u>August 17, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 17, 2021</u>, at San Francisco, California.

| John D. Echeverria | /s/ John D. Echeverria |
|---|---|
| Declarant | Signature |

SA2021303943
42830116.docx