STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **R.J. BEABER** and **A.W. CLARK**, <br><br> Plaintiffs, <br><br> v. <br><br> **SHIRLEY N. WEBER**, as California Secretary of State, <br><br> Defendants. | 2:21-cv-06558-MWF(KSx) <br><br> **STIPULATION TO BRIEFING/HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR DECLARATORY RELIEF/PRELIMINARY INJUNCTION, AND ORDER THEREON** <br><br> Judge Michael W. Fitzgerald |

Pertaining to plaintiffs' *ex parte* application for a briefing/hearing order on plaintiffs' motion for declaratory relief/preliminary injunction,

**IT HEREBY IS STIPULATED** by and among the parties, as follows:

//
//
//
//
//

1

1. Defendant's opposition or statement of non-opposition shall be filed on: August 24, 20021;

2. Plaintiffs' reply, if any, shall be filed on August 26, 2021; and,

3. The hearing shall be held on August 30, 2021.

**YAGMAN + REICHMANN, LLP**

By:   /s/  Stephen Yagman
      **STEPHEN YAGMAN**

**ROB BONTA**
**CALIFORNIA ATTORNEY GENERAL**

By:   /s/ John D. Echeverria
      **JOHN D. ECHEVERRIA**
Deputy Attorney General
Attorney for Defendant, California Secretary
of State, Dr. Shirley Weber

**ORDER**

**IT IS SO ORDERED.**

Dated:  August ___, 2021      _____
                        **MICHAEL W. FITZGERALD**
                        United States District Judge