# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| R. J. BEABER, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SHIRLEY N. WEBER,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 21-6558 MWF (KSx) |
|---|---|
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 08/18/2021 | 17 | Stipulation to Briefing/Hearing Schedule |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑  The document is accepted as filed

☐  The document is stricken and counsel is ordered to file an amended or corrected document by _____ .

☐  The hearing date has been rescheduled to _____ at _____

☑  Other

> Future filings must comply with the Local Rules and this Court's Procedures and Schedules. A separate proposed Order is required (see Local Rules 5-4.4, 7-20, 52-4.1). Failure to comply may result in documents being stricken.

Clerk, U.S. District Court

Dated: August 18, 2021 _____

By: _Rita Sanchez / sjm_ _____
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge