STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **R.J. BEABER** and **A.W. CLARK**, <br><br> Plaintiffs, <br><br> v. <br><br> **SHIRLEY N. WEBER**, as California Secretary of State, <br><br> Defendants. | 2:21-cv-06558-MWF(KSx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF R.J. BEABER** <br><br> Judge Michael W. Fitzgerald |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), plaintiff R.J. Beaber is dismissed voluntarily from this action.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**


By:   /s/  Stephen Yagman
      **STEPHEN YAGMAN**

1