1   ROB BONTA
    Attorney General of California
2   HEATHER B. HOESTEREY
    Supervising Deputy Attorney General
3   JOHN D. ECHEVERRIA
    Deputy Attorney General
4   State Bar No. 268843
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3479
6    Fax:  (415) 703-1234
     E-mail:  John.Echeverria@doj.ca.gov
7   *Attorneys for Defendant Shirley N. Weber,*
    *in her official capacity as California*
8   *Secretary of State*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13  **R. J. BEABER and A. W. CLARK,**        2:21-cv-6558-MWF-(KSx)

14                       Plaintiffs,    **DECLARATION OF JOANNA**
                                        **SOUTHARD IN SUPPORT OF**
15         **v.**                       **DEFENDANT'S OPPOSITION TO**
                                        **PLAINTIFFS' MOTION FOR**
16  **SHIRLEY N. WEBER, as California**  **DECLARATORY RELIEF AND**
    **Secretary of State,**             **PRELIMINARY INJUNCTION**
17
                         Defendant.    Date:         August 30, 2021
18                                     Time:         10:00 a.m.
                                       Courtroom:    5A
19                                     Judge:        Hon. Michael W. Fitzgerald
                                       Trial Date:   Not set
20                                     Action Filed: 8/13/2021

21

22

23

24

25

26

27

28

**DECLARATION OF JOANNA SOUTHARD**

I, Joanna Southard, declare:

1.     I am the Assistant Chief of the Elections Division of the California Secretary of State's Office.  I have served in that capacity since 2008.  I have been with the Elections Division in various capacities since late 1999.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the matters set forth herein.  I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Declaratory Relief and Preliminary Injunction.

2.     The September 14, 2021, California Gubernatorial Recall Election is already well underway.  The entire process for preparation of the ballot and voter information guide is subject to stringent time constraints imposed by law.

3.     An individual seeking to qualify as a replacement candidate for the recall election was required to file, no later than July 16, 2021, the following with the individual's local county elections office: (1) a filing fee of $4,194.94, or 7,000 signatures in lieu of the filing fee; (2) a Declaration of Candidacy; and (3) Nomination Petitions with at least 65 valid signatures.

4.     Beginning July 19, individuals interested in being considered as a write-in candidate for the recall election could begin submitting their statements of candidacy and nomination papers with county elections officials.  Write-in candidates may submit their paperwork by August 31, 2021.

5.     The first set of ballots for the recall election, which included all of the candidates listed on the certified list of candidates, were transmitted to military and overseas voters on or before July 31.  The public display period for the state voter information guide has concluded, and over 13.6 million guides have been printed and distributed, with approximately 10.5 million guides mailed to registered voter households.  State voter information guides, which include arguments for and against the recall, as well as candidate statements from eligible candidates, have

1  been printed in ten languages (English plus nine other languages) and will be

2  mailed out to every registered voter household in the State by August 24, 2021.

3       6.    Voters have begun returning their ballots and over 1.3 million ballots

4  have been received and accepted by county elections officials.

5       7.    The relief requested by Plaintiffs, which calls for the cancellation of the

6  recall election or prohibiting the use of the California Constitution article II, § 15(c)

7  in the recall election, which would result in its postponement, would substantially

8  interfere with the conduct of the election, which is less than one month away, and

9  would cost the State hundreds of millions of dollars.

10      I declare under penalty of perjury that the foregoing is true and correct.

11  Executed in Sacramento County on August 24, 2021.

12

13

14  Joanna Southard

15

16

17

18

19

20

21

22

23

24

25

26

27

28