STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

JOSEPH REICHMANN (SBN 29324)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **A.W. CLARK**, <br><br> Plaintiff, <br><br> v. <br><br> **SHIRLEY N. WEBER**, as California Secretary of State, <br><br> Defendant. | 2:21-cv-06558-MWF(KSx) <br><br><br> **NOTICE OF APPEAL** <br><br><br><br> Judge Michael W. Fitzgerald |

    Plaintiff, A.W. Clark, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the district court's Aug. 27, 2021 order denying plaintiff's motion for declaratory relief and preliminary injunction, Doc. 30.

**YAGMAN + REICHMANN, LLP**

By: _____/s/  Joseph Reichmann_____
      **JOSEPH REICHMANN**

Defendant's counsel:  John Echeverria, Ste. 11000, 455 Golden Gate Avenue, San Francisco, CA 94102-7004, (415)510-3479, John.Echeverria@doj.ca.gov