1 ROB BONTA
Attorney General of California
2 HEATHER HOESTEREY
Supervising Deputy Attorney General
3 JOHN D. ECHEVERRIA
Deputy Attorney General
4 State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
6 Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
7 *Attorneys for Defendant Shirley N. Weber,*
*in her official capacity of California*
8 *Secretary of State*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

| 13 **A. W. CLARK,** | 2:21-cv-6558-MWF-(KSx) |
|---|---|
| 14                                     Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |
| 15               **v.** | |
| 16 **SHIRLEY N. WEBER, as California Secretary of State,** | **[L.R. 8-3]** |
| 17 | |
|                                     Defendant. | Complaint Served:  Aug. 17, 2021 |
| 18 | Current Response Due:  Sept. 7, 2021 |
| | New Response Date:  Sept. 10, 2021 |
| 19 | |
| 20 | Courtroom:   5A |
| | Judge:       Hon. Michael W. Fitzgerald |
| 21 | Trial Date:   Not set |
| | Action Filed: 8/13/2021 |

22

23     IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between

24 Plaintiff A. W. Clark ("Plaintiff") and Defendant Shirley N. Weber, in her official

25 capacity as the California Secretary of State ("Defendant"), through their

26 undersigned counsel, that Defendant may have a three-day extension of time, up to

27 and including September 10, 2021, to file an answer or otherwise respond to

28

                                    1

1  Plaintiff's complaint.  No prior extension of time to respond to the complaint has

2  been sought by Defendant.

3

4  Dated:  September 1, 2021                    Respectfully submitted,

5                                              ROB BONTA
                                              Attorney General of California
6                                              HEATHER HOESTEREY
                                              Supervising Deputy Attorney General
7

8
                                              */s/ John D. Echeverria*
9                                              JOHN D. ECHEVERRIA
                                              Deputy Attorney General
10                                              *Attorneys for Defendant*

11  Dated:  September 1, 2021                    STEPHEN YAGMAN
                                              Yagman & Reichman, LLP
12

13
                                              */s/ Stephen Yagman*[*]
14                                              *Attorneys for Plaintiff*

15

16  SA2021303943
   42850358.docx
17

18

19

20

21

22

23

24

25

26

27  [*] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that, on September 1,
   2021, Mr. Yagman telephonically approved this filing's content and authorized this
28  filing.

# CERTIFICATE OF SERVICE

Case Name:   **A. Clark v. Shirley N. Weber**                    Case No.   **21-55930**

I hereby certify that on <u>September 1, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 1, 2021</u>, at San Francisco, California.


|                Robert Hallsey                |                /s/ Robert Hallsey                |
|:-------------------------------------------:|:-----------------------------------------------:|
|                  Declarant                  |                   Signature                     |

SA2021304160
42850335.docx